STATE OF CONNECTICUT *v.* PETER SEBBEN

The defendant's petition for certification for appeal from the Appellate Court (AC 32974) is denied.

EVELEIGH and HARPER, Js., did not participate in the consideration of or decision on this petition.

*John R. Williams,* in support of the petition.

*Michael Proto,* assistant state's attorney, in opposition.

Decided April 27, 2011

RAMIRO RODRIGUEZ *v.* E.D. CONSTRUCTION, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 126 Conn. App. 717 (AC 31115), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*James T. Baldwin* and *Marisa F. Schafer,* in support of the petition.

*Robert Sciglimpaglia, Jr.,* in opposition.

Decided May 2, 2011